UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth Forrence, et al.

    v.                                              Case No. 19-cv-280-LM

Paul Koch, et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 19, 2019, and remand this action to the state court for lack of removal jurisdiction. The motion to obtain ECF login and password is denied as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                        _____
                                                        Landya B. McCafferty
                                                        Chief Judge

Date: May 14, 2019
cc: All pro se parties and counsel of record